THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Roger Raynard Parker, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-378
Submitted May 3, 2010  Filed August 2,
 2010    
AFFIRMED

 
 
 
 Chief Appellate Defender Robert M. Dudek, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 and Senior Assistant Attorney General S. Creighton Waters, of Columbia; Solicitor
 Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER
 CURIAM: Roger Raynard Parker appeals the trial court's refusal to charge
 portions of the Protection of Persons and Property Act (the Act), section
 16-11-440 of the South Carolina Code (Supp. 2009), in his trial for murder.  We
 affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Bolin, 381
 S.C. 557, 561, 673 S.E.2d 885, 887 (Ct. App. 2009) (concluding the Act was
 intended to apply prospectively and affirming the refusal to charge when crime
 occurred four months prior to the effective date); State v. Dickey, 380
 S.C. 384, 404-05, 699 S.E.2d 917, 928 (Ct. App. 2008) cert. granted Nov.
 10, 2009 (holding the Act was intended to apply prospectively and affirming the
 refusal to charge when offense took place two years prior to effective date); Futch
 v. McAllister Towing of Georgetown, Inc., 335 S.C. 598, 613, 518 S.E.2d
 591, 598 (1999) (stating an appellate court need not address remaining issues
 when a decision on a prior issue is dispositive).
AFFIRMED.
KONDUROS,
 GEATHERS, and LOCKEMY, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.